## Commonwealth ex rel. Zingaro, Appellant, *v.* Maroney.

Submitted April 14, 1964. *James Zingaro,* appellant, in propria persona; *Edward J. Tocci,* Assistant District Attorney, and *Robert J. Masters,* District Attorney, for appellee.

Order affirmed.

## Joyce Unemployment Compensation Case.

Argued April 14, 1964. *Rita Joyce,* appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee, submitted a brief.

Decision affirmed.